**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00182-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MIGUEL ACOSTA-GONZALEZ,

     Defendant.

---

**MINUTE ORDER**[1]

---

     A **Notice of Disposition** [#12] has been filed with the court on May 31, 2013. On **June 6, 2013,** commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: June 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.