IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 13-cr-00182-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ACOSTA-GONZALEZ,

    Defendant.

---

# MINUTE ORDER[1]

---

On June 6, 2013, the court conducted a telephonic setting conference to set this matter for a change of plea hearing. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 20, 2013**, commencing at 11:00 a.m., the court shall conduct the change of plea hearing for this defendant;

2. That **counsel for the parties shall deliver or e-mail a courtesy copy of all plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCivR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) **COPY** of the plea agreement and the statement in advance. *See* D.C.COLO.LCivR11.1F; and

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: June 6, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.