# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 13-cr-00182-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ACOSTA-GONZALEZ,

    Defendant.

---

# MINUTE ORDER[1]

---

On June 19, 2013, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **August 7, 2013**, commencing at 1:30 p.m. the court shall conduct a change of plea hearing for this defendant; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: June 19, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.